

ORDERED in the Southern District of Florida on August 12, 2015.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                        CASE NO. 15-20876-RBR
VICTOR PADILLA                           CHAPTER 11

    Debtor,
_____/

ORDER APPROVING EMPLOYMENT OF
DEBTOR IN POSSESSION'S ATTORNEY

THIS CAUSE came on before the court on July 31, 2015, upon the application of debtor in possession for authority to retain an attorney, and upon the affidavit of Ricardo Corona, Esq. and the Corona Law Firm, PA. Upon the representations Ricardo Corona, Esq., is duly qualified under Local Rule 2090-1(A) to practice in this court that the Corona Law Firm, PA hold no interest adverse to the estate in the matters upon which they are engaged, that Ricardo Corona, Esq. and the Corona Law Firm, PA are disinterested persons as required by 11 U.S.C. §327(a), and have disclosed any

connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is

**ORDERED** that the debtor in possession is authorized to retain Ricardo Corona of the law firm of the Corona Law Firm, PA on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

###

**Submitted by:**

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
Attorney for Debtor
U.S. Trustee
Attorney for Creditor's Committee or
if none, 20 largest unsecured creditors
All appearances