UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                    Case No. 15-20876-RBR

VICTOR PADILLA,                                           Chapter 11

       Debtor.

_____/

**SUMMARY OF FIRST AND FINAL APPLICATION FOR COMPENSATION OF
JEFFREY BAST AND BAST AMRON LLP AS COUNSEL TO THE DEBTOR-IN-
POSSESSION FROM OCTOBER 13, 2016 THROUGH MAY 2, 2017**

| | | |
|---|---|---|
| **1.** | Name of Applicant | BAST AMRON LLP |
| 2. | Role of Applicant | Counsel for Debtor |
| 3. | Name of certifying professional | Jeffrey Bast, Esq. |
| 4. | Date Case Filed | June 16, 2015 |
| 5. | Date of Application for Employment | October 18, 2016 (ECF No. 90) |
| 6. | Date of Order approving Employment | October 25, 2016 (ECF No. 93) |
| 7. | Date of Order appointing Receiver | N/A |
| 8. | Date of this Application | May 3, 2016 |
| 9. | Date of services covered | October 13, 2016 through May 2, 2017 |

*(including an estimate of fees and costs through confirmation)*

**Fees…**

| | | |
|---|---|---|
| 10. | Total fees requested for this period *(includes estimate of $5,000)* | $ 26,043.00[1] |
| 11. | Balance remaining in fee retainer account, not yet awarded | $ 3,447.44 |
| 12. | Fees paid or advanced for this period, by other sources | N/A |
| 13. | Total fees requested for this period | **$ 26,043.00** |

**Expenses…**

| | | |
|---|---|---|
| 14. | Total expense reimbursement requested for this period | $ 1,009.56[2] |
| | *(includes estimate of $500.00)* | |
| 15. | Balance remaining in expense retainer account, not yet received | N/A |
| 16. | Fees paid or advanced for this period, by other sources | N/A |
| 17. | Net amount of fee requested for this period | **$ 26,043.00** |
| 18. | Gross award requested for this period (#10 + #14) | $ 27,043.00 |
| 19. | **Net award requested for this period** (#13 + #14) | **$ 27,052.56** |
| **20.** | **If Final Fee Application, amounts of net awards requested in interim application, but not previously awarded (total from History of Fees and Expenses)** | **N/A** |
| **21.** | **Final Fee and expense award requested** (#19 + #20) | **$ 27,052.56** |

---

[1] Includes actual fees incurred plus an estimate of fees through confirmation in the amount of $5,000.

[2] Includes actual costs plus an estimate of costs through confirmation in the amount of $500.

## HISTORY OF FEES AND EXPENSES

| 1. Dates, sources and amounts of retainers received: | | | |
|---|---|---|---|
| Dates | Sources | Amounts | For fees or costs? |
| 10/11/2016 | Padilla Real Estate Consultants, Inc. | 25,000.00 | Fees and/or costs |

| 2. Dates, sources, and amounts of third party payments received: | | | |
|---|---|---|---|
| Dates | Sources | Amounts | For fees or costs? |
| 10/11/2016 | Applied part of retainer from Non-Debtor Padilla Real Estate Consultants, Inc. | 21,043.00 | Fees and/or costs |

| 3. Prior fee and expense awards | | |
|---|---|---|
| **FIRST AND FINAL FEE APP SUMMARY** **(Date of services covered: October 13, 2016 through May 2, 2017**, *including estimate of fees and costs through confirmation on May 24, 2017*) | | |
| | Fees | Prior Expense Awards |
| Amount of fees requested | $26,043.00 | |
| Amount of expenses requested | | $1009.56 |
| Amount of fees awarded | N/A | |
| Amount of expenses awarded | | N/A |
| Amount of fee retainer authorized to be used | N/A | |
| Amount of expense retainer to be used | | N/A |
| Fee award, net of retainer | N/A | |
| Expense award, net of retainer | | N/A |
| Date of first award | N/A | |
| Amount of fees actually paid | N/A | |
| Amount of expenses actually paid | | |
| Amount of fees requested but not awarded, that application wishes to defer to final fee application | N/A | |
| Amount of expenses requested, but not awarded, that applicant wishes to defer to final fee application | | N/A |

**SUMMARY OF ALL PRIOR AND CURRENT APPLICATIONS AND AWARDS**
**(Date of services covered: October 13, 2016 through May 2, 2017)**

|  | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Total fees requested | $26,043.00 |  |
| Total fees awarded | N/A |  |
| Prior fees awarded but not yet paid, if any (Do not include holdbacks in this number) | N/A |  |
| Total prior fees requested but not awarded, deferred to final fee application | $26,043.00 |  |
| Total expenses requested |  | $1,009.56 |
| Total expenses awarded |  | N/A |
| Prior expenses awarded but not yet paid, if any (Do not include holdbacks in this number) |  | N/A |
| Total prior expenses requested but not awarded, deferred to final fee application |  | $1,009.56 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No. 15-20876-RBR

VICTOR PADILLA,                                                 Chapter 11

       Debtor.
_____/

## FIRST AND FINAL APPLICATION FOR COMPENSATION OF JEFFREY BAST AND BAST AMRON LLP AS COUNSEL TO THE DEBTOR-IN-POSSESSION FROM OCTOBER 13, 2016 THROUGH MAY 2, 2017

Bast Amron LLP ("BA" or "Applicant"), counsel to The Debtor-in-Possession, Victor Padilla ("Padilla" or the "Debtor") in the instant Chapter 11 Case, and pursuant to 11 U.S.C. § 1103 and Bankruptcy Rule 2016, hereby files this First and Final Application for Compensation of Jeffrey Bast and Bast Amron LLP (the "Application") seeking reimbursement for its fees and costs incurred between October 13, 2016 through May 2, 2017, inclusive (the "Application Period").

## JURISDICTION AND VENUE

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.     This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.     The statutory predicate for the relief requested in this application is 11 U.S.C. § 327(a) and Bankruptcy Rule 2016.

4.     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND FACTS

5.     On June 16, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

6.      The Debtor is managing his assets as a debtor in possession pursuant to 11 U.S.C. §§ 107 and 1108.  No trustee, examiner or official committees have been appointed in this case.

7.      On October 18, 2016, BA substituted in as counsel for the Debtor subject to this Court's approval, and submitted an application for approval of employment as counsel to the Debtor *nunc pro tunc* to the October 13, 2016 [ECF No. 90], which was approved by this Court by order dated October 25, 2016  [ECF No. 93]. The Order authorized BA to apply a $25,000 retainer in its possession and funded by a non-debtor entity, Padilla Real Estate Consultants, Inc., without further application or Court approval

8.      At a hearing on March 22, 2017, the Debtor's Disclosure Statement was approved, and the subsequent *Order (I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations* [ECF No. 113] (the "Order Setting Confirmation") was entered on March 29, 2017.  The Order Setting Confirmation set forth the deadline by which fee applications needed to be filed with the Court, and required that the fee application contain an estimate of fees and costs to be incurred through the date of the confirmation hearing, set for May 24, 2017.

## DUTIES OF COUNSEL TO THE TRUSTEE

9.      The professional services rendered by BA include, without limitation, the following:

        a.      To advise the Debtor with respect to its responsibilities in complying with the United States Trustee's Guidelines and Reporting Requirements and with the rules of the Court;

b.       To prepare motions, pleadings, orders, applications, and other legal documents necessary in the administration of the case;

c.       To protect the interests of the Debtor in all matters pending before the Court; and

d.       To represent the Debtor in negotiations with its creditors and in the preparation of a plan.

**REQUEST FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

10.     BA hereby seeks allowance of compensation and reimbursement of expenses incurred by BA for the Application Period as follows: compensation of $26,043.00 in fees for services rendered during the Application Period, which includes an estimate of fees through the confirmation hearing in the amount of $5,000 and reimbursement of actual and necessary expenses of $1,009.56, which includes an estimate of costs through confirmation in the amount of $500, for a total award of $27,052.56. Although the Court previously authorized BA to pay itself from the $25,000 retainer funded by a non-debtor, BA files this application in an abundance of caution and to the extent its final fees are expected to exceed the retainer amount. A list of each of BA's professionals and paraprofessionals who provided services during the Application Period and their respective hourly rates is attached hereto as **Exhibit 1A**.

**DESCRIPTION OF SERVICES**

11.     BA has classified its time entries into categories prescribed by the U.S. Trustees Operating Guidelines dated October 22, 1994 as amended. This Application contains summaries of the time expended in each of these categories.

3

    a.  <u>Asset Analysis and Recovery - 110</u>:

During the Application Period, BA reviewed loan documents in relation to the Debtor's primary asset and communicated with Debtor on same.

BA is requesting $1,518.00 in attorney's fees for 6.50 hours in connection with Asset Disposition.

    b.  <u>Business Operations - 130</u>:

During the Application Period, BA communicated with Debtor regarding employment and income details for the proposed plan.

BA is requesting $266.50 in attorney's fees for 1.30 hours in connection with Business Operations.

    c.  <u>Case Administration - 140</u>:

Daily case administration matters required extensive attention from Applicant during the Application Period. These case administration activities included a host of matters as described below.  BA conferred with Debtor's former counsel regarding the case file and other pending matters. Furthermore, BA dedicated a substantial amount of attention to ensuring compliance with the requirements of the U.S. Trustee's office, including preparing monthly operating reports.  In addition, Applicant had several communications with Debtor's secured creditor to negotiate an agreeable amount and treatment of the secured creditor's claim.

BA is requesting $3,995.00 in attorney's fees for 14.80 hours in connection with Case Administration.

    d.  <u>Fee/Employment Applications - 170</u>:

During the Application Period, BA devoted time to obtaining the Court's approval to employ BA as counsel to the Debtor, which included preparing the application, preparing for and

attending the hearing on same, and obtaining an order granting same. Further, BA prepared the instant Application for compensation as counsel to the Debtor.

BA is requesting $3,270.00 in attorney's fees for 11.30 hours in connection with Fee and Employment Applications.

  e. <u>Plan and Disclosure Statement - 220:</u>

During the Application Period, Debtor's Counsel assisted Debtor in the preparation of a plan of reorganization and disclosure statement, which necessitated extensive review of historical revenues and expenses by Debtor, projections for future revenue and expenses, analysis of claims, assets, and other issues related to the plan. Applicant also prepared an amended disclosure statement and plan based on the comments from the Court and creditors.  BA prepared for and attended a hearing on approval of the amended disclosure statement and obtained an order approving same.  Further, Applicant created and circulated ballots to all pertinent creditors, and addressed creditor inquiries related to the plan and disclosure statement. During the Application Period, Debtor's Counsel also prepared for the hearing on the amended disclosure statement.

BA is requesting $11,993.50 in attorney's fees for 38.60 hours in connection with Plan and Disclosure Statement.

<b><u>DESCRIPTION OF EXPENSES INCURRED</u></b>

12. Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case. 11 U.S.C. § 330(a)(1)(B).  Accordingly, BA seeks reimbursement for its actual and necessary expenses incurred in rendering services to the Trustee during the Application Period. The total amount of expenses is $509.56, as detailed in the attached Exhibit 2, plus an additional $500 estimated to be incurred through confirmation.

13.     BA submits that the expenses were reasonable and necessary in light of the services provided.

## COMPENSATION

14.     Courts generally consider twelve factors in determining an award of fees and expenses pursuant to 11 U.S.C. §330. BA's fees during the Application Period were reasonable under the prevailing legal standard and should be allowed on a final basis, as requested herein. These fees are commensurate with fees that BA has been awarded in other chapter 11 cases and that other attorneys of comparable experience have charged and been awarded in similar chapter 11 cases. *Johnson v. Georgia Highway Express, Inc*., 488 F.2d 714 (5th Cir. 1974). See also *In re Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), made applicable to bankruptcy proceedings in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977). These factors include: (1) the time and labor properly employed by the attorneys in processing the case; (2) the quality of the services rendered; (3) the scope of the activity (4) the financial risk involved; (5) the magnitude, complexity and novelty of the issues involved; (6) the beneficial results obtained. Moreover, for all of the reasons described herein, BA's services have significantly benefited the Debtor, its estate and creditors and have furthered the Debtor's ultimate goal of maximizing the value of its estate for the benefit of all stakeholders.

15.     BA requests that the Court consider these factors in determining reasonable compensation for the services rendered to date, as summarized below:

a.      Time and Labor Required - The exhibits attached to this application include **Exhibit 1A** and **1B** - Summary of professional and paraprofessional time, and **Exhibit 2** - Summary of requested reimbursement of expenses. The exhibits and narrative descriptions in this Application evidence the time and labor employed in processing this case.

b.      <u>Novelty and Difficulty of the Issues and Questions Presented</u> -  Due to the nature of this case, it was necessary for the Debtor to employ professionals that are experienced and familiar with bankruptcy and other practice areas. The case required a moderate level of skill and perseverance, and while the procedural aspects of this case to date have been ordinary, Applicant was mindful that time was of the essence and that expediency was required.

c.      <u>Skill Requisite to Perform the Legal Services Properly</u> - In order to perform the services and obtain the results required, Applicant has drawn upon the judgment, experience and substantive legal knowledge of partners and associates specializing in the fields of bankruptcy law, creditors' rights, commercial law, and civil litigation to perform the services rendered on the Debtor's behalf.

d.      <u>Preclusion from Other Employment</u> - Applicant was not precluded from accepting other employment as a result of its representation of the Debtor.  However, had Applicant not accepted this appointment, the time spent on this case might have been devoted to matters paying higher hourly compensation.

e.      <u>Hourly Rates</u> - The hourly rates charged by the attorneys are approximately equivalent to the customary rates of the attorneys working on this case and to those charged by attorneys of comparable skills in the Southern District of Florida.

f.      <u>Whether the Fee is Fixed or Contingent</u> - BA's professionals' compensation in this matter is subject to the final approval of this Court.  While BA was authorized to draw down on a retainer for services incurred during the Application Period, the Court should consider that BA has assumed the risk of non-payment and delay in payment for any fees and costs incurred beyond those covered by the retainer and through confirmation.

g.    <u>The Limitations Imposed by the Client or the Circumstances</u> - This case has imposed limitations on BA because of the need to resolve many issues rapidly, efficiently and economically.

h.    <u>The Amount Involved and the Results Obtained</u> - The above narrative, together with the exhibits attached hereto, detail the time, nature and extent of the professional services rendered by BA for the benefit of creditors.

i.    <u>The Experience, Reputation and Ability of the Attorneys</u> - Applicant is an established law firm, with substantial experience in the substantive areas of law required by this proceeding including bankruptcy, insolvency and litigation.

j.    <u>The Undesirability of the Case</u> - Applicant believes this case is complex, challenging, and important to creditors.  Applicant is honored to have been employed by the Debtor and approved by the Court to serve as the Debtor's counsel in this proceeding.

l.    <u>Awards in Similar Cases</u> - The amount petitioned for by Applicant is not unreasonable in terms of awards in cases of like magnitude and complexity.  The fees and costs requested by Applicant comport with the standards set forth in 11 U.S.C. § 330 for compensation of professionals.

**WHEREFORE**, BA respectfully requests the entry of an order (i) awarding it fees in the amount of $26,043.00, expenses in the amount of $1,009.56, for a total award of $27,052.56; (ii) authorizing BA to apply the $25,000 retainer and authorizing and directing the Debtor to pay the balance of the fees and costs awarded in excess of the retainer and (iii) granting such other and further relief as the Court deems proper and just.

Respectfully submitted,

BAST AMRON LLP
*Counsel for the Debtor*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
Email: jbast@bastamron.com
Email: zlaux@bastamron.com

By:  /s/ *Jeffrey P. Bast*
        Jeffrey P. Bast, Esq. (FBN 996343)
        Zakarij N. Laux, Esq. (FBN 93784)

## **Certification**

1.      I have been designated by the Applicant BAST AMRON LLP, as the professional with responsibility in this case for compliance with the current Guidelines for fee Applications for Professionals in the Southern District of Florida Bankruptcy Cases.

2.      I have read the Applicant's Application for compensation and reimbursement of expenses. The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in the certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursements for the expenditures described in Exhibit 2, the Applicant is seeking reimbursements only for actual expenditure and has not marked up the actual costs to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmission at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursements for any services provided by a third party, the Applicant is seeking reimbursements only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the guidelines, the date of the specific Court order approving the variance, and the justification for the variance: None.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

BAST AMRON LLP

/s/ Jeffrey P. Bast
Jeffrey P. Bast (FBN 996343)

## **CERTIFICATE OF SERVICE**

I FURTHER CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, upon the U.S. Trustee, and all parties designated to receive electronic service via the CM/ECF system on this <u>3rd</u> day of May, 2017.

By: ___*/s/ Jeffrey P. Bast*_____

Jeffrey P. Bast, Esq.

## **VIA CM/ECF**

- Ricardo Corona    bk@coronapa.com
- Melbalynn Fisher    mfisher@rasflaw.com, bkyecf@rasflaw.com;bky_ecf1@rasflaw.com;RAS@ECF.Courtdrive.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Zakarij N Laux    zlaux@bastamron.com, dtimpone@bastamron.com;jdepina@bastamron.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov

**EXHIBIT 1A**

**Summary of Professional and Paraprofessional Time**

**PROFESSIONALS - LEGAL SERVICES RENDERED (TOTAL)**

| NAME | Year Licensed/ experience | STATUS | HOURS | RATE | TOTAL FEES |
|---|---|---|---|---|---|
| Jeffrey P. Bast | 1993 | Partner | 13.30 | 510.00/ 525.00 | 6,867.00 |
| Zakarij Laux | 2011 | Associate | 27.00 | 300.00/ 315.00 | 8,223.00 |
| Jane de Pina | 18 years | Paralegal Supervisor | 1.50 | 230.00 | 345.00 |
| Jorge Miranda | 10 years | Paralegal | 29.50 | 180.00/ 185.00 | 5,404.00 |
| Maria Desvergunat | 5 years | Paralegal | 1.20 | 170.00 | 204.00 |
| **TOTAL** | | | **72.50** | | **$21,043.00** |

**BLENDED RATE: $290.24**

00451177.DOCX 2

**EXHIBIT 1B**

**Summary of Professional and Paraprofessional Time by Activity Code Category**

**ACTIVITY CODE CATEGORY: 110 – ASSET ANALYSIS AND RECOVERY:**

| NAME | HOURS | RATE | TOTAL FEES |
|---|---|---|---|
| Zakarij Laux | 3.30 | 300.00 | 930.00 |
| Jorge Miranda | 3.20 | 180.00/ 185.00 | 588.00 |
| **TOTAL:** | **6.50** | | **$1,518.00** |

**ACTIVITY CODE CATEGORY: 130 – BUSINESS OPERATIONS:**

| NAME | HOURS | RATE | TOTAL FEES |
|---|---|---|---|
| Zakarij Laux | 0.20 | 315.00 | 63.00 |
| Jorge Miranda | 1.10 | 185.00 | 203.50 |
| **TOTAL:** | **1.30** | | **$266.50** |

**ACTIVITY CODE CATEGORY: 140 – CASE ADMINISTRATION:**

| NAME | HOURS | RATE | TOTAL FEES |
|---|---|---|---|
| Jeffrey Bast | 2.50 | 510.00/ 525.00 | 1,279.50 |
| Zakarij Laux | 3.70 | 315.00 | 1,165.50 |
| Jorge Miranda | 7.40 | 180.00/ 185.00 | 1,346.00 |
| Maria Desvergunat | 1.20 | 170.00 | 204.00 |
| **TOTAL:** | **14.80** | | **$3,995.00** |

**ACTIVITY CODE CATEGORY: 170 – FEE/EMPLOYMENT APPLICATIONS:**

| NAME | HOURS | RATE | TOTAL FEES |
|---|---|---|---|
| Jeffrey Bast | 2.30 | 510.00 | 1,183.50 |
| Zakarij Laux | 3.70 | 300.00/ 315.00 | 1,122.00 |
| Jorge Miranda | 5.30 | 180.00 | 964.50 |
| **TOTAL:** | **11.30** | | **$3,270.00** |

**ACTIVITY CODE CATEGORY: 220 – PLAN AND DISCLOSURE STATEMENT:**

| NAME | HOURS | RATE | TOTAL FEES |
|------|-------|------|------------|
| Jeffrey Bast | 8.50 | 510.00/ 525.00 | 4,404.00 |
| Zakarij Laux | 16.10 | 300.00/ 315.00 | 4,942.50 |
| Jane de Pina | 1.50 | 230.00 | 345.00 |
| Jorge Miranda | 12.50 | 180.00/ 185.00 | 2,302.00 |
| **TOTAL:** | **38.60** | | **$11,993.50** |

**EXHIBIT 2**

## Summary of Requested Reimbursement of Expenses
## for the period October 13, 2016 through May 2, 2017

| Description | Quantity | Cost | Total |
|---|---|---|---|
| 1.  Filing Fee | | | $0.00 |
| 2.  Process Service Fees | | | $0.00 |
| 3.  Witness Fee | | | $0.00 |
| 4.  Court reporter Fees and Transcripts | | | $0.00 |
| 5.  Lien and Title Searches | | | $0.00 |
| 6.  Photocopies | | | $0.00 |
|     (1) In-House Copying | 1,718 | 0.15 | $257.70 |
|     (2) Outside Copying | | | $198.34 |
| 7.  Postage | | | $20.62 |
| 8.  Overnight Delivery Charges | | | $0.00 |
| 9.  Outside Courier/Messenger Service | | | $0.00 |
| 10. Long Distance Telephone Charges | | | $0.00 |
| 11. Long Distance Fax Transmissions | | | $0.00 |
| 12. Computerized Research | | | $0.00 |
|     (1) Westlaw | | | $0.00 |
|     (2) PACER | | | $32.90 |
|     (3) Person Search | | | $0.00 |
| 13. Out of Southern-District-of-Florida Travel | | | $0.00 |
|     (1) Transportation | | | $0.00 |
|     (2) Lodging | | | $0.00 |
|     (3) Meals | | | $0.00 |
|     (4) Parking | | | $0.00 |
| 14. Other Permissible Expenses (must specify and justify) | | | $0.00 |
|     (1) Meals | | | $0.00 |
|     (2) Parking & Local Transportation | | | $0.00 |
|     (3) Conference Calls | | | $0.00 |
|     (4) DTC Document Production Fee | | | $0.00 |
|     (5) Binding | | | $0.00 |
|     (6) Imaging | | | $0.00 |
|     (7) Supplies | | | $0.00 |
|     (8) Court Call | | | $0.00 |
|     (9) Color Copies | | | $0.00 |
|     (10) Interpreter at deposition | | | $0.00 |
| **Total Expenses Reimbursement Requested** | | | **$509.56** |

{00451116.XLSX 2}

**Exhibit 3**

**In re: Victor Padilla, Case No. 15-20876-BKC-RBR**

**Time Summaries for all Categories for the period October 5, 2016 through May 2, 2017**

| Date | Lwyr | Task | Explanation | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **110- Asset Analysis and Recovery** | | | | | | |
| 10/14/2016 | ZL | 110 | Review docket and relevant pleadings, motions, and orders for case status | 0.90 | 300.00 | 270.00 |
| 12/8/2016 | ZL | 110 | Review leases and loan documents from client | 0.50 | 300.00 | 150.00 |
| 12/12/2016 | ZL | 110 | Review financials and prepare and send proposal to bank's counsel | 1.30 | 300.00 | 390.00 |
| 12/13/2016 | ZL | 110 | Review and revise amended schedules | 0.20 | 300.00 | 0.00 |
| 12/15/2016 | ZL | 110 | Review loan document and monthly DIP report provided by client | 0.40 | 300.00 | 120.00 |
| 12/19/2016 | JM | 110 | Finalize and file DIP report for November 2016 | 0.60 | 180.00 | 108.00 |
| 12/28/2016 | JM | 110 | Review order continuing status conference; discuss same with client | 0.20 | 180.00 | 36.00 |
| 2/17/2017 | JM | 110 | Correspond with client regarding upcoming DIP report deadline and conference call | 0.20 | 185.00 | 37.00 |
| 3/1/2017 | JM | 110 | Correspond with client regarding upcoming disclosure hearing | 0.30 | 185.00 | 55.50 |
| 3/8/2017 | JM | 110 | Finalize and file motion to shorten notice for disclosure hearing | 0.30 | 185.00 | 55.50 |
| 3/10/2017 | JM | 110 | Prepare and file certificate of service on order granting motion to shorten notice for disclosure hearing | 0.20 | 185.00 | 37.00 |
| 3/16/2017 | JM | 110 | Correspond with client regarding February 2017 debtor in possession report | 0.30 | 185.00 | 55.50 |
| 3/20/2017 | JM | 110 | Revise, finalize and file monthly debtor in possession report; prepare binder for disclosure hearing | 1.10 | 185.00 | 203.50 |
| **Total for Category 110** | | | | **6.50** | | **1,518.00** |
| | | | | | | |
| **130- Business Operations** | | | | | | |
| 2/21/2017 | ZL | 130 | Review debtor's monthly operating report | 0.20 | 315.00 | 63.00 |
| 2/21/2017 | JM | 130 | Teleconference with client regarding employment details for proposed plan; review, revise and file January 2017 debtor in possession report | 1.10 | 185.00 | 203.50 |
| **Total for Category 130** | | | | **1.30** | | **266.50** |
| | | | | | | |
| **140- Case Administration** | | | | | | |
| 10/5/2016 | JB | 140 | Review issues, strategy re plan, compensation, retention | 0.60 | 510.00 | 306.00 |
| 10/14/2016 | JM | 140 | Various telecommunications with client regarding engagement; lengthy telecommunication and correspondence with A. Alvarez, client's former counsel, regarding substitution of counsel and to coordinate transfer of case file | 0.80 | 180.00 | 144.00 |

**Exhibit 3**

In re: Victor Padilla, Case No. 15-20876-BKC-RBR

**Time Summaries for all Categories for the period October 5, 2016 through May 2, 2017**

| Date | Lwyr | Task | Explanation | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/1/2016 | JM | 140 | Further correspondence to A. Alvarez regarding transfer of client file | 0.10 | 180.00 | 18.00 |
| 11/3/2016 | JM | 140 | Follow up to A. Alvarez regarding client's case file | 0.10 | 180.00 | 18.00 |
| 11/10/2016 | JM | 140 | Continue follow up with A. Alvarez and teleconference with assistant regarding transferring of case file | 0.40 | 180.00 | 72.00 |
| 11/14/2016 | JM | 140 | Telecommunications with client regarding upcoming deadline to file DIP report | 0.30 | 180.00 | 54.00 |
| 11/16/2016 | JM | 140 | Teleconference with A. Alvarez regarding client's case file | 0.30 | 180.00 | 54.00 |
| 11/21/2016 | JM | 140 | Review, finalize, and file monthly DIP reports for September and October 2016 | 1.10 | 180.00 | 198.00 |
| 12/2/2016 | JB | 140 | Telephone conference with US Trustee; correspondence with client; telephone conference with client re same | 1.40 | 510.00 | 714.00 |
| 12/8/2016 | JM | 140 | Telecommunications with client regarding leases; review and catalog same | 0.40 | 180.00 | 72.00 |
| 12/12/2016 | JM | 140 | Prepare amendment to schedules; telecommunications with client on same and other inquires | 1.10 | 180.00 | 198.00 |
| 12/15/2016 | JB | 140 | Review records, notes re possible schedule amendments | 0.20 | 510.00 | 102.00 |
| 1/9/2017 | JM | 140 | Correspond with client regarding upcoming DIP report filing deadline | 0.20 | 185.00 | 37.00 |
| 1/11/2017 | JB | 140 | Review correspondence with lender; conference with US Trustee re upcoming status conference; outline presentation for same | 0.30 | 525.00 | 157.50 |
| 1/12/2017 | JM | 140 | Follow up correspondence with client regarding upcoming DIP report deadline; confer with M. Desvergunat on same | 0.20 | 185.00 | 37.00 |
| 1/13/2017 | JM | 140 | Prepare binder for status conference | 0.60 | 185.00 | 111.00 |
| 1/17/2017 | ZL | 140 | Prepare for status conference | 0.50 | 315.00 | 157.50 |
| 1/17/2017 | MD | 140 | Correspondence to client regarding DIP report; translate client conference call for Z. Laux | 0.30 | 170.00 | 51.00 |
| 1/18/2017 | ZL | 140 | Review and file debtor's monthly operating report for December | 0.20 | 315.00 | 63.00 |
| 1/18/2017 | MD | 140 | Review various correspondence from client regarding debts for amended plan and DIP report; telephone conference with client regarding same; translate emails for attorney's review; revise and finalize DIP report | 0.90 | 170.00 | 153.00 |
| 1/18/2017 | ZL | 140 | Prepare for and attend status conference | 1.20 | 315.00 | 378.00 |

**Exhibit 3**

**In re: Victor Padilla, Case No. 15-20876-BKC-RBR**

**Time Summaries for all Categories for the period October 5, 2016 through May 2, 2017**

| Date | Lwyr | Task | Explanation | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/26/2017 | JM | 140 | Teleconference with client regarding continued status conference and plan filing deadline | 0.30 | 185.00 | 55.50 |
| 2/28/2017 | JM | 140 | Teleconference with client regarding possible claim by creditor | 0.30 | 185.00 | 55.50 |
| 3/7/2017 | ZL | 140 | Prepare motion and order to shorten notice period for disclosure statement | 1.10 | 315.00 | 346.50 |
| 3/20/2017 | ZL | 140 | Review and file monthly operating report | 0.10 | 315.00 | 31.50 |
| 4/6/2017 | JM | 140 | Certificate of service on order continuing status conference | 0.20 | 185.00 | 37.00 |
| 4/7/2017 | ZL | 140 | Review and revise ballots prepared by J. Miranda | 0.40 | 315.00 | 126.00 |
| 4/21/2017 | JM | 140 | Follow up with client regarding DIP report | 0.20 | 185.00 | 37.00 |
| 4/27/2017 | ZL | 140 | Review debtor's monthly operating report | 0.20 | 315.00 | 63.00 |
| 4/27/2017 | JM | 140 | Review, revise, and file DIP report for March 2017; confer with M. Arce regarding fee application exhibits | 0.80 | 185.00 | 148.00 |
| **Total for Category 140** | | | | **14.80** | | **3,995.00** |
| | | | | | | |
| **170- Fee/ Employment Applications** | | | | | | |
| 10/11/2016 | JB | 170 | Correspondence with client; review prior engagement terms; consider process for retention, continuance of hearing | 0.60 | 510.00 | 306.00 |
| 10/17/2016 | JB | 170 | Review and revise retention application, affidavit, stipulation and order; telephone conference with US Trustee re retention, status conference | 1.00 | 510.00 | 510.00 |
| 10/17/2016 | JM | 170 | Prepare substitution of counsel and application to employ and affidavit on same | 1.00 | 180.00 | 180.00 |
| 10/18/2016 | ZL | 170 | Review and revise application to employ firm | 0.30 | 300.00 | 90.00 |
| 10/18/2016 | JM | 170 | Revise, finalize and file application to employ BALLP; prepare and finalize certificate of service on notice of hearing on same; prepare binder for hearing on same | 1.10 | 180.00 | 198.00 |
| 10/19/2016 | ZL | 170 | Preparation for courthouse and attend hearing on employment application | 2.50 | 300.00 | 750.00 |
| 10/20/2016 | ZL | 170 | Revise order on employment application | 0.10 | 300.00 | 30.00 |
| 10/20/2016 | JM | 170 | Prepare and finalize order employing counsel; submit same to chambers | 0.40 | 180.00 | 72.00 |
| 10/27/2016 | JM | 170 | Prepare and file certificate of service of order granting motion to employ; various correspondence with A. Alvarez regarding transfer of case file | 0.70 | 180.00 | 126.00 |
| 3/1/2017 | ZL | 170 | Correspondence with former counsel regarding fee application | 0.10 | 315.00 | 31.50 |

**Exhibit 3**

In re: Victor Padilla, Case No. 15-20876-BKC-RBR

**Time Summaries for all Categories for the period October 5, 2016 through May 2, 2017**

| Date | Lwyr | Task | Explanation | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/25/2017 | JM | 170 | Confer with Z. Laux regarding upcoming deadline to file fee application | 0.20 | 185.00 | 37.00 |
| 4/26/2017 | JM | 170 | Begin draft of final fee application | 0.60 | 185.00 | 111.00 |
| 5/1/2017 | ZL | 170 | Review and revise fee application prepared by J. Miranda | 0.70 | 315.00 | 220.50 |
| 5/1/2017 | JM | 170 | Prepare draft of summary and narrative for first and final fee application | 1.10 | 185.00 | 203.50 |
| 5/2/2017 | JB | 170 | Review and revise fee application; review issues for confirmation | 0.70 | 525.00 | 367.50 |
| 5/2/2017 | JM | 170 | Revise summary of first and final fee application | 0.20 | 185.00 | 37.00 |
| **Total for Category 170** | | | | **11.30** | | **3,270.00** |
| | | | | | | |
| **220- Plan and Disclosure Statement** | | | | | | |
| 10/18/2016 | JB | 220 | Outline presentation for hearing; review and revise proposed order; telephone call to USTrustee re same | 0.40 | 510.00 | 204.00 |
| 11/9/2016 | JB | 220 | Consideration re plan, communications with bank | 0.20 | 510.00 | 102.00 |
| 11/15/2016 | ZL | 220 | Correspondence with counsel for secured creditor | 0.10 | 300.00 | 30.00 |
| 11/16/2016 | JB | 220 | Correspondence with counsel for lender (.1); correspondence with prior counsel re turnover of records (.1); telephone conference with client (.8); outline next steps, strategy(.1) | 1.10 | 510.00 | 561.00 |
| 11/16/2016 | ZL | 220 | Conference with J. Bast in advance of call with bank | 0.20 | 300.00 | 0.00 |
| 11/16/2016 | ZL | 220 | Teleconference with client regarding proposal to bank and current financial condition | 0.80 | 300.00 | 240.00 |
| 11/17/2016 | JB | 220 | Review lender claim, related documents; telephone conference with counsel for same | 0.60 | 510.00 | 306.00 |
| 11/17/2016 | ZL | 220 | Teleconference with counsel for BONY (.2); review docket and claims register regarding ability to cram down plan (.3); prepare loan amortization schedules for potential offers to bank (.8); review MMM portal documents provided by counsel for BONY (.4) | 1.70 | 300.00 | 510.00 |
| 11/17/2016 | JM | 220 | Review DMM Portal documents provided by bank | 0.30 | 180.00 | 54.00 |
| 11/28/2016 | JM | 220 | Various communications with client regarding bank proposal offer | 0.30 | 180.00 | 54.00 |
| 11/29/2016 | JB | 220 | Review and consider client proposal to bank, review judgment and various amortization schedules re same | 0.80 | 510.00 | 408.00 |

**Exhibit 3**

In re: Victor Padilla, Case No. 15-20876-BKC-RBR

**Time Summaries for all Categories for the period October 5, 2016 through May 2, 2017**

| Date | Lwyr | Task | Explanation | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/29/2016 | ZL | 220 | Review email from client regarding proposal to bank and revise amortization schedule accordingly | 0.40 | 300.00 | 120.00 |
| 11/29/2016 | JM | 220 | Translate client's proposed settlement terms for J. Bast and Z. Laux | 0.60 | 180.00 | 108.00 |
| 12/5/2016 | JM | 220 | Correspondence to client regarding copy of leases | 0.20 | 180.00 | 36.00 |
| 12/6/2016 | ZL | 220 | Review DIP reports and documents provided by client; prepare proposal to bank | 0.90 | 300.00 | 270.00 |
| 12/7/2016 | JB | 220 | Review client information for proposal to lender; outline strategy for same | 0.40 | 510.00 | 204.00 |
| 12/7/2016 | ZL | 220 | Phone conference with client regarding proposal to bank | 0.40 | 300.00 | 120.00 |
| 12/7/2016 | JM | 220 | Teleconference with client and Z. Laux regarding proposal to bank and other matters; correspond with Corona law firm regarding missing portal documents submitted to bank | 0.70 | 180.00 | 126.00 |
| 12/12/2016 | JB | 220 | Review and revise proposal for bank, strategy for status conference | 0.40 | 510.00 | 204.00 |
| 12/28/2016 | ZL | 220 | Exchange emails with bank's counsel regarding status of settlement proposal | 0.10 | 300.00 | 30.00 |
| 1/17/2017 | ZL | 220 | Correspondence with bank's counsel regarding counteroffer and conversation with client regarding same | 0.30 | 315.00 | 94.50 |
| 1/18/2017 | ZL | 220 | Review additional documents provided by debtor to ensure all unsecured creditors are provided for in plan | 0.50 | 315.00 | 157.50 |
| 1/18/2017 | JB | 220 | Review bank offer, client response; correspondence with counsel re escrow; review outcome of hearing, need for plan, disclosure statement amendments | 0.90 | 525.00 | 472.50 |
| 2/6/2017 | ZL | 220 | Prepare amended plan and disclosure statement | 3.50 | 315.00 | 1102.50 |
| 2/22/2017 | ZL | 220 | Finalize amended plan and disclosure statement redlines | 0.50 | 315.00 | 157.50 |
| 2/27/2017 | JB | 220 | Review and further revise redlined plan and disclosure statement | 2.20 | 525.00 | 1155.00 |
| 3/1/2017 | ZL | 220 | Finalize amended plan and redline for filing | 1.50 | 315.00 | 472.50 |
| 3/3/2017 | ZL | 220 | Meeting with client to finalize amended plan and disclosure statement | 1.00 | 315.00 | 315.00 |
| 3/3/2017 | JM | 220 | Meeting with client regarding amended disclosure statement and amended plan; finalize and file plan, disclosure statement and redlined different versions of each | 3.40 | 185.00 | 629.00 |

**Exhibit 3**

**In re: Victor Padilla, Case No. 15-20876-BKC-RBR**

**Time Summaries for all Categories for the period October 5, 2016 through May 2, 2017**

| Date | Lwyr | Task | Explanation | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/6/2017 | JB | 220 | Preparation for and attendance at meeting with client re amended plan and disclosure statement, possible motion to shorten notice for disclosure statement | 1.10 | 525.00 | 577.50 |
| 3/7/2017 | JB | 220 | Review and revise motion to shorten notice for disclosure statement hearing | 0.20 | 525.00 | 105.00 |
| 3/21/2017 | ZL | 220 | Prepare for hearing on approval of disclosure statement | 0.50 | 315.00 | 157.50 |
| 3/21/2017 | JDP | 220 | Research local and bankruptcy rules regarding service of disclosure statement, order; prepare summary of same | 0.60 | 230.00 | 138.00 |
| 3/22/2017 | JM | 220 | Correspond with chambers regarding proposed dates for confirmation | 0.30 | 185.00 | 55.50 |
| 3/22/2017 | ZL | 220 | Prepare for and attend hearing on approval of disclosure statement; prepare email to client regarding outcome of same | 3.50 | 315.00 | 1102.50 |
| 3/24/2017 | JDP | 220 | Prepare order approving disclosure statement and setting confirmation hearing and deadlines | 0.60 | 230.00 | 138.00 |
| 3/27/2017 | JDP | 220 | Finalize order approving disclosure statement and submit to chambers | 0.30 | 230.00 | 69.00 |
| 3/28/2017 | JM | 220 | Review of all pertinent confirmation deadlines; begin draft of ballots | 0.60 | 185.00 | 111.00 |
| 3/29/2017 | JM | 220 | Revise draft of ballot template; full review of order granting disclosure statement and setting confirmation deadlines; prepare order continuing status conference and submit to chambers | 1.30 | 185.00 | 240.50 |
| 3/29/2017 | ZL | 220 | Review and revise form of ballot | 0.20 | 315.00 | 63.00 |
| 3/30/2017 | JM | 220 | Continue preparation of individual creditor ballots | 2.80 | 185.00 | 518.00 |
| 3/31/2017 | JM | 220 | Continue preparation of ballots | 0.40 | 185.00 | 74.00 |
| 4/11/2017 | JM | 220 | Begin coordinating service of amended plan, amended disclosure, and ballots | 0.80 | 185.00 | 148.00 |
| 4/13/2017 | JM | 220 | Prepare and file certificate of service on order granting disclosure, amended plan, amended disclosure, and ballots; communicate with client regarding deadline to file DIP report | 0.50 | 185.00 | 92.50 |
| 4/17/2017 | JM | 220 | Various communications with client regarding upcoming deadline to file DIP report and confirmation hearing | 0.30 | 185.00 | 55.50 |
| 4/25/2017 | JB | 220 | Review confirmation issues, fee applications | 0.20 | 525.00 | 105.00 |
| **Total for Category 220** | | | | **38.60** | | **11,993.50** |
| | | | | | | |
| **TOTAL FOR ALL CATEGORIES** | | | | **72.50** | | **$ 21,043.00** |

{00451860.XLSX 2}